UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA

IN RE: Joel Allen Godwin & Donna Marie Godwin           CASE NO. 11-10566

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

American Property Locators, Inc. ("Applicant") applies to this Court for entry of an order directing the clerk to remit the sum of $113,941.89 due to Bank of America ("Claimant").

| | | |
|---|---|---|
| 1. | Full legal name of Claimant (*If Claimant is an individual, skip to #5.*) | Bank of America |
| 2. | Type of Entity (*corporation, LLC, partnership*) | Corporation |
| 3. | State of Incorporation/Organization | Delaware |
| 4. | Name and Title of Authorizing Officer or Representative | Lady-Zoe G. Horace, AVP; Recovery Officer |
| 5. | Current Mailing Address | AP Recovery Solutions, Bank of America, 125 Dupont Drive/RI1 121 01 30, Providence, RI |
| 6. | Telephone Number | 401-865-7125 |
| 7. | SS# (*last 4 digits only*) or EIN # | 94-1687665 |
| 8. | Amount Being Claimed | 113,941.89 |

Applicant represents that Applicant is authorized to submit this Application and is entitled to receive the requested funds based upon: *(check the applicable statement)*

o Applicant is the <u>original creditor</u> and owner of the funds as it appears on the records of this Court;

o Applicant is the <u>assignee</u> of the original creditor's claim to said funds, as evidenced in the attached documentation;

o Applicant is the original creditor's <u>successor in interest</u>, as evidenced in the attached documentation;

x Applicant is an attorney or <u>"funds locator"</u> named in a special/limited power of attorney, which document is attached hereto, that is valid under the laws of the State of Florida, that empowers Applicant to collect the unclaimed funds described above on behalf of the Claimant. Applicant states that the Claimant is the *(check the applicable statement)*

    x Original creditor and owner of the claim;

    o Original creditor's attorney with authorization to receive said funds;

    o Assignee of the original creditor's claim to said funds;

    o Successor in interest of the original creditor; or

    o Personal representative of the original creditor's estate.

FILED 2015 FEB 11 A 10:08 CLERK BANKRUPTCY COURT NORTHERN DISTRICT FL

This Application is submitted with the necessary documents to establish (1) Applicant's authority to collect the unclaimed funds on behalf of the Claimant and (2) the Claimant's entitlement to the particular unclaimed funds. The Application was completed and submitted in accordance with the Court's instructions for filing an application for payment of unclaimed funds.

In accordance with 28 U.S. C. § 2042, Applicant certifies that a copy of this Application (and all attachments) have been provided to the Office of the United States Attorney on (date), at: (*check the applicable location*)

    **x** (Gainesville, Tallahassee, and Panama City Divisions)
    110 N. Adams St., 4th Floor, Tallahassee, FL 32301

    o (Pensacola Division)

    21 E. Garden St., Ste. 400, Pensacola, FL 32502

Therefore, Applicant requests the Court enter an order directing payment of unclaimed funds described above to the Applicant, or if the Applicant is not the Claimant, to the Applicant and Claimant, in accordance with the documents submitted in support of the Application.

Under penalty of perjury, I hereby certify that the foregoing statements are true and correct to the best of my knowledge and belief.

                                        Bank of America

Dated: *February 10, 2015*

By: Greg Griffith, American Property Locators, Inc. Attorney –in-Fact
Street Address: 3855 S Boulevard, Suite 200
City/State/Zip: Edmond, OK 73013
Telephone (405) 340-4900

**Acknowledgement**

State of OKLAHOMA )
                     ) ss.
County of OKLAHOMA )

Before me, *Katrina J Cutter*, a notary public for said state, on this 10 day of *February* 2015, personally appeared Greg Griffith, Agent who executed the within foregoing instrument on behalf of American Property Locators, Inc., and acknowledged to me that he/she executed the same as his/her free and voluntary act and deed on behalf of said Corporation for the uses and purposes therein set forth.

Notary Public

My Commission expires: 4-27-2015

[NOTARY SEAL: KATRINA J CUTTER, #03004752, EXP. 04/27/15, STATE OF OKLAHOMA, NOTARY PUBLIC]

## LIMITED POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS, that I,

**Lady-Zoe G. Horace, AVP; Recovery Officer of Bank of America Corporation ("Bank of America")**, acting on behalf of Bank of America hereby appoint **Greg Griffith of American Property Locators, Inc.**, in the person of one of its principal officers, as Bank of America's lawful attorney-in-fact to seek recovery of the undistributed, unclaimed, or undelivered tenders of funds of:

**Bank of America in the amount of $113,941.89**

held by the United States, by a state, or by an agency or instrumentality of either, hereby revoking all previous powers of attorney in this regard to whomever granted.

Bank of America further grants the attorney authority to do whatever is necessary and proper to recover the aforementioned unclaimed funds only, as fully as it might or could do if acting through its own officers or agents, hereby confirming all that the attorney shall lawfully do or cause to be done (including the endorsement of any instrument of payment on behalf of Bank of America). Nevertheless, the attorney shall have no authority to incur any financial obligation or to make any expenditure on behalf of Bank of America, other than an expenditure payable from any sums recovered by virtue of the attorney's actions.

In construing this instrument where the context so requires, the singular includes the plural. This Power of Attorney shall expire 180 days from the date hereof or upon collection of the aforementioned unclaimed funds, if earlier, unless otherwise extended by an amendment which is attached hereto. Bank of America authorizes the use of a photocopy of this Limited Power of Attorney, for any purpose, in lieu of the original.

Signed this 4th day of Feb, 2015.

**Bank of America Corporation**

_____
**Lady-Zoe G. Horace**
**AVP; Recovery Officer**

Federal Taxpayer ID 94-1687665


State of Rhode Island County of Providence Date: February 4, 2015.

The above-named Lady-Zoe G. Horace, known to me to be the individual described in [and holding the position designated in] the foregoing instrument, appeared before me and acknowledged the execution thereof to be his/her free act and deed.

Before me: _____
Notary Public

(Notary Seal)  SHARON L. RANDALL
NOTARY PUBLIC
STATE OF RHODE ISLAND
MY COMMISSION EXPIRES FEB. 25, 2018

My commission expires: 2/25/18

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**

| In Re: | ) | |
|---|---|---|
| | ) | |
| Joel Allen Godwin & Donna Marie Godwin | ) | Case number: 11-10566 |
| Debtor(s) | ) | |

## AFFIDAVIT OF CREDITOR

I, Lady-Zoe G. Horace, of Bank of America, the undersigned creditor in the above referenced case, declare as follows:

1. Greg Griffith of American Property Locators, Inc., 3855 South Boulevard, Suite 200, Edmond, OK 73013, has been granted a power of attorney by Bank of America to submit an Application for Payment from Unclaimed Funds seeking payment of $113,941.89 held in the registry of the Court.

2. My name, position with the company (if applicable) address and telephone number are as follows:

   Lady-Zoe G. Horace, AVP; Recovery Officer
   Bank of America
   AP Recovery Solutions, Bank of America, 125 Dupont Drive/RI1 121 01 30
   Providence, RI 02907
   401-865-7125

4. Copies of all necessary documentation, including those which establish the chain of ownership of the original corporate creditor [e.g. documents relating to a sale of the company, purchase agreement and/or stipulation by prior and new owner as a right of ownership of funds] and which substantiate claimant's right to the funds, are attached.

3. Bank of America has neither previously received remittance for its claim(s) nor has contracted with any other party other than the party named in item one above to recover these funds.

I hereby certify that the foregoing statements are true and correct to the best of my knowledge and belief.

Date 2-4-15

By: Lady-Zoe G. Horace
Title: Asst. Vice President, Recovery Officer
Bank of America
AP Recovery Solutions, Bank of America, 125 Dupont Drive/RI1 121 01 30
Providence, RI 02907

STATE OF Rhode Island )

COUNTY OF Providence )

Before me a Notary Public, in and for said County and State on this 4 day of February, 2015 personally appeared Lady-Zoe G. Horace to me known to me to be the identical person who subscribed his/her name to the foregoing instrument as its AVP; Recovery Officer (title), and acknowledged to me that he/she executed the same as his/her free and voluntary act and deed of such corporation, for the purposes therein set forth.

In Witness Whereof, I have hereunto set my official signature and affixed my official seal the day and year first above written.

My Commission Expires:
2/25/18

Notary Public (Sharon L. Randall)

SHARON L. RANDALL
NOTARY PUBLIC
STATE OF RHODE ISLAND
MY COMMISSION EXPIRES FEB. 25, 2018



# Lady-Zoe G. Horace

AVP, Recovery Officer

Bank of America
RI1-121-01-30, 125 Dupont Drive
Providence, RI 02907
T 401.865.7125  F 401.865.7685
lady-zoe.g.horace@bankofamerica.com

**Bank of America**

# Certificate of Authority to Act for
# Bank of America

I, the undersigned, _Jane Pace_, as _Sr. Operations Manager_ of Bank of America, do hereby certify that **Lady-Zoe G. Horace's** authority to act on behalf of Bank of America, includes, without limitation, the recovery of unclaimed funds arising from bankruptcy matters.

IN WITNESS HEREOF, I have hereunto signed my name this 22nd day of _May_, 2014.

Bank of America
_Jane O Pace_

Corporate seal

If corporate Seal is unavailable sign affidavit below:

BE IT ACKNOWLEDGED,
That the undersigned hereby says under oath that the corporate seal for this corporation is unavailable

By: _Jane O Pace_
_Senior Operations Manager_

Notary Statement                                    ACKNOWLEDGMENT

STATE OF _RI_
COUNTY OF _Providence_

Before me, the undersigned a Notary Public, in and for said County and State on this _22_ day of _May_, 2014, personally appeared _Jane Pace_ to me known to be the identical person who subscribed his/her name to the foregoing instrument, as its _SR OPS MNG_ and acknowledged to me that he/she executed the same as his/her free and voluntary act and deed of such corporation, for the purposes therein set forth.

In Witness Whereof, I have hereunto set my official signature and affixed my official seal the day and year first above written.

My Commission Expires:                    Notary

_April 14, 2018_                           _Michael William Iafrate_

---

MICHAEL WILLIAM IAFRATE
NOTARY PUBLIC
STATE OF RHODE ISLAND
MY COMMISSION EXPIRES APR. 14, 2018

| Form **W-9** (Rev. August 2013) Department of the Treasury Internal Revenue Service | **Request for Taxpayer Identification Number and Certification** | Give Form to the requester. Do not send to the IRS. |

Name (as shown on your income tax return)
**Bank of America**

Business name/disregarded entity name, if different from above

Check appropriate box for federal tax classification:
☐ Individual/sole proprietor ☐ C Corporation ☐ S Corporation ☐ Partnership ☐ Trust/estate

☐ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=partnership) ▶ _____

☐ Other (see instructions) ▶

Exemptions (see instructions):

Exempt payee code (if any) _____

Exemption from FATCA reporting code (if any) _____

Address (number, street, and apt. or suite no.)
**125 Dupont Drive / RI1 21 01 30**

City, state, and ZIP code
**Providence, RI 02907**

Requester's name and address (optional)

List account number(s) here (optional)

## Part I  Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on the "Name" line to avoid backup withholding. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN* on page 3.

Note. If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.

Social security number
☐☐☐ - ☐☐ - ☐☐☐☐

Employer identification number
9 4 - 1 6 8 7 6 6 5

## Part II  Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and

2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and

3. I am a U.S. citizen or other U.S. person (defined below), and

4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions on page 3.

Sign Here  Signature of U.S. person ▶ [signature]  Date ▶ 2-4-15

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** The IRS has created a page on IRS.gov for information about Form W-9, at *www.irs.gov/w9*. Information about any future developments affecting Form W-9 (such as legislation enacted after we release it) will be posted on that page.

## Purpose of Form

A person who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, payments made to you in settlement of payment card and third party network transactions, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),

2. Certify that you are not subject to backup withholding, or

3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the withholding tax on foreign partners' share of effectively connected income, and

4. Certify that FATCA code(s) entered on this form (if any) indicating that you are exempt from the FATCA reporting, is correct.

**Note.** If you are a U.S. person and a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

**Definition of a U.S. person.** For federal tax purposes, you are considered a U.S. person if you are:

• An individual who is a U.S. citizen or U.S. resident alien,

• A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States,

• An estate (other than a foreign estate), or

• A domestic trust (as defined in Regulations section 301.7701-7).

**Special rules for partnerships.** Partnerships that conduct a trade or business in the United States are generally required to pay a withholding tax under section 1446 on any foreign partners' share of effectively connected taxable income from such business. Further, in certain cases where a Form W-9 has not been received, the rules under section 1446 require a partnership to presume that a partner is a foreign person, and pay the section 1446 withholding tax. Therefore, if you are a U.S. person that is a partner in a partnership conducting a trade or business in the United States, provide Form W-9 to the partnership to establish your U.S. status and avoid section 1446 withholding on your share of partnership income.

Cat. No. 10231X                                                                 Form **W-9** (Rev. 8-2013)

AO 213
(Rev. 08/13)

ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS
Accounting and Financial Systems Division

**VENDOR INFORMATION/TIN CERTIFICATION**
Mandatory Information that MUST be provided before submission

☐ Ex-AO Employee
☐ SAM Vendor
*(Formerly CCR)*
*(No TIN Certification Required)*

| Vendor Address | Other Address *(If different from Vendor Address)* |
|---|---|
| Select all that apply ☐ Order ☐ Remit ☑ 1099 | Select all that apply ☐ Order ☐ Remit ☐ 1099 |
| Name: Bank of America | Address: C/O APL, Inc., 3855 South Boulevard, Suite 200 |
| Business Name: *(if different from above)* | City: Edmond |
| Address 1: 125 Dupont Drive / RI1 121 01 30 | State: OK    Zip Code: 73013 |
| Address 2: | Phone #: (405) 340-4900 |
| City: Providence | Description: *(If needed)* |
| State: RI    Zip Code: 02907 | |
| Phone #: (401) 865-7125  E-mail: lady-zoe.g.horace@bankofamerica.com | |
| Taxpayer Identification #: 94-1687665 *(TIN, SS. or EIN number)* | |
| DUNS # | |

| Financial Information *(If Requested)* | |
|---|---|
| Bank Name: Financial information is not required at this time. | Routing # *(this nine digit number appears on your checks, but do not include individual check numbers)*: |
| City: | Account #: |
| State:    Zip Code: | Type of Account: *(select one)* ☐ Checking ☐ Savings |

Type of Organization for 1099 reporting:

☐ sole proprietorship;                                    ☐ partnership;

☑ corporate entity *(not tax-exempt)*;                    ☐ corporate entity *(tax-exempt)*;

☐ health care provider;                                   ☐ other: _____

☐ government entity *(write in either federal, state or local)*

**Taxpayer Identification Number Certification**

Under penalties of perjury, I certify that:

1. The Taxpayer Identification Number listed in the Vendor Address area above is the correct number assigned to me, and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest and dividends, or (c) the IRS has notified me that I am no longer subject to the backup withholding, and
3. I am a U.S. citizen or other U.S. person *(defined below)*.

☐ You must select this check box if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. If you make a false statement with no reasonable basis that results in no backup withholdings, you are subject to a $500 penalty. Willfully falsifying certifications or affirmations on this form may subject you to criminal penalties including fines and/or imprisonment.

AO 213
(Rev. 08/13)

**Definitions:**

"Taxpayer Identification *(TIN, SS, or EIN number)*" is the number required by the Internal Revenue Service (IRS) to be used in reporting income tax and other returns. The TIN may be either a social security number (SSN) or an employer identification number (EIN).

"U.S. person" means:

- An individual who is a U.S. citizen or U.S. resident alien,
- A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States.

The TIN, as well as the information above is required in order to comply with debt collection requirements of 31 U.S.C. §§ 7701(c) and 3325(d), reporting requirements of 26 U.S.C. §§ 6041 and 6041A, and implementing regulations issued by the IRS. Failure or refusal to furnish this information may result in 28 percent backup withholding on any payments otherwise due under any awarded contract or purchase order.

The TIN may be used by the government to collect and report on any delinquent amounts arising out of the vendor's relationship with the government (31 U.S.C. § 7701(c)(3)). The TIN provided may be matched with IRS records to verify its accuracy.

Complete this section only if a TIN was not provided on page one, and select closest reason why not:

- ☐ The vendor is a nonresident alien, foreign corporation or foreign partnership that does not have income effectively connected with the conduct of a trade or business in the United States and does not have an office or place of business or a fiscal paying agent in the United States;
- ☐ The vendor is an agency or instrumentality of a foreign government;

**Additional information required for vendors used for procurement**
**(purchase orders, contracts, etc.)**

Indicate which, if any, of the following categories are applicable. These categories require that the vendor is 51% owned and the management and daily operations are controlled by one or more members of the selected socio-economic group:

- ☐ Women Owned Business    ☒ Not Applicable
- ☐ Minority Owned Business *(If yes, select one of the owner's race/ethnicity selections from below)*:
  - ☐ Asian-Pacific American    ☐ Black American    ☐ Subcontinent Asian (Asian-Indian) American
  - ☐ Hispanic American    ☐ Native American    ☐ Other: _____

Date: 2-4-15    _____
                Vendor's signature

-----

**For Agency Use Only**
The vendor name and DUNS number is all that is required for registered System for Award Management (SAM) vendors (formerly CCR). (Check www.sam.gov for registration status.) Do not use this form for purchase card merchants.

Mark Boxes that apply:    ☐ Addition    ☐ Change    ☐ Vendor Code: _____ *(make entry only if change)*
                          ☐ Active      ☐ Inactive  ☐ Vendor Type: _____

| The following information is optional for individuals whose name and telephone are already on the form: |
|---|
| Contact Name: _____ |
| Telephone Number: _____    Email: _____ |

| Identification of person making this request: |
|---|
| Name: _____ |
| Telephone Number: _____    Originating Office: _____ |

Please type or print clearly.    For "AO" FAS4T Users only, e-mail the completed form to: AOdb_OFB_Client Service Desk/DCA/AO/USCOURTS. For questions regarding AOFAS4T the Client Service Desk can be contacted at (202) 502-2242.
For "Court" FAS4T Users, send this form to the local Vendor Administrator. For questions regarding Court FAS4T please contact SDSD at (210) 301-6320.

This form should be completed with signature by the vendor and submitted by Judiciary staff only.
Sensitive information must be securely maintained and only visible to the appropriately designated financial employee.

# American Property Locators, Inc.
3855 South Boulevard, Suite 200
Edmond, OK 73013

Fax (405) 340-5968  (800) 730-4343 ext 15
E-Mail: ggriffith@apl-inc.com

February 10, 2015

**VIA PRIORITY MAIL**

U.S. Bankruptcy Court
NORTHERN DISTRICT OF FLORIDA
Donna Faircloth
110 E. Park Avenue, Suite 100
Tallahassee, FL 32301

Re: Application to Withdraw Unclaimed Funds

Dear Ms. Faircloth:

Enclosed is an Application to Withdraw Unclaimed Funds relating to the following matter:

| | |
|---|---|
| Case No: | 11-10566-KKS |
| Debtor: | Joel Allen Godwin & Donna Marie Godwin |
| Creditor/Claimant: | Bank of America |
| Amount: | $113,941.89 |

Thank you for your assistance in this matter.

Sincerely,

Greg Griffith

GMG
Enclosures

RECEIVED 2015 FEB 11 A 10:08 CLERK BANKRUPTCY COURT NORTHERN DISTRICT FL.